UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-1805**

Case Title: **Jose Antunes** vs. **Gerdau MacSteel, Inc., et al**

List all clients you represent in this appeal:

> **Gerdau MacSteel, Inc.**
> **Gerdau Ameristeel US, Inc.**
> **Rodrigo Belloc**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jeremy W. Hawpe**    Signature: s/ **Jeremy W. Hawpe**

Firm Name: **Littler Mendelson, P.C.**

Business Address: **2001 Ross Ave., Suite 1500**

City/State/Zip: **Dallas, TX  75201**

Telephone Number (Area Code): **214.880.8147**

Email Address: **jhawpe@Littler.com; mbrogdon@Littler.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---